UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TASHA ALEXANDER,

          Plaintiff,

   v.

APPLE INC., et al.,

          Defendants.

Case No.  25-cv-09090-EKL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

     Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Hendrix v. Apple Inc.*, No. 25-cv-07558-YGR.

     **IT IS SO ORDERED.**

Dated: October 30, 2025

EUMI K. LEE
United States District Judge